# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RETAIL SERVICE SYSTEMS, INC.,**

    **Plaintiff,**

  v.                                        Case No.: 2:14-MC-030
                                                   JUDGE GEORGE C. SMITH
                                                   Magistrate Judge Deavers

**REID PENUEL,**

    **Defendant.**

## ORDER

       This case is before the Court to consider an Order, Report and Recommendation, and Certification of Facts issued by the Magistrate Judge on May 8, 2015. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation.

       Mr. Penuel is hereby ordered to appear before this Court on August 26, 2015 at 2:00 p.m., and show cause why he should not be held in contempt for failing to obey Magistrate Judge Abel's January 13, 2015 Order. Further, Mr. Penuel is hereby ordered to pay RSS's expenses incurred in connection with its attempts to compel his compliance with the subpoena.

       The Clerk shall remove Document 19 from the Court's pending motions list.

       **IT IS SO ORDERED.**

                                                               */s/ George C. Smith*
                                                               **GEORGE C. SMITH, JUDGE**
                                                               **UNITED STATES DISTRICT COURT**