# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RETAIL SERVICE SYSTEMS, INC.,**

      Plaintiff,

  v.                                    **Case No.:  2:14-MC-030**
                                          **JUDGE GEORGE C. SMITH**
                                          **Magistrate Judge Deavers**

**REID PENUEL,**

      Defendant.

## ORDER

On August 7, 2015, this Court adopted the Magistrate Judge's Report and Recommendation and ordered the Defendant, Reid Penuel, to appear in Court on August 26, 2015 at 2:00 p.m. and show cause why he should not be held in contempt for failing to obey this Court's prior orders.  Mr. Penuel failed to appear and is therefore in contempt.

Mr. Penuel is hereby ordered to pay RSS's expenses included in connection with its attempts to compel his compliance with the subpoena and to secure a response.  RSS's expenses total: $12,500.50.  (*See* Pl.'s Notice of expenses, Doc. 21).  Mr. Penuel is hereby ordered to pay this amount to counsel for Plaintiff on or before October 1, 2015.  Further, Mr. Penuel is under an ongoing obligation to provide a full and complete response to RSS's subpoena.  Therefore, he shall pay interest on this amount from the date of this Order until he fully complies with the subpoena.

The Clerk of this Court shall close this case.

**IT IS SO ORDERED.**


**DATE:  August 26, 2015**          */s/ George C. Smith*
                                             **GEORGE C. SMITH, JUDGE**
                                             **UNITED STATES DISTRICT COURT**